# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENDER AYED HAMOUD HEZAM<br>AL-OTEIBI AL-SHABANY and<br>AYED HAMOUD HEZAM AL-OTEIBI<br>AL-SHABANY, as Next Friend<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, DONALD RUMSFELD,<br>ARMY BRIG. GEN. JAY HOOD, and<br>ARMY COL. MIKE BUMGARNER,<br><br>Respondents/Defendants. | Civil Action No. _____ |

## ORDER

Upon Petitioners' Motion for an Order Requiring Respondents to Provide at Least 30 Days' Advance Notice to the Court and to Counsel for Petitioners Prior to the Transfer of Petitioner from the United States Naval Station at Guantánamo Bay, Cuba,

IT IS ORDERED that the Motion is granted; and

IT IS FURTHER ORDERED that Respondent shall not remove Petitioner Al-Shabany from the United States Naval Station at Guantánamo Bay, Cuba without providing counsel and the Court with 30 days' advance notice.

Dated: _____

_____
United States District Judge

## NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER

**Alberto R. Gonzales**

ATTORNEY GENERAL OF THE UNITED STATES
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Ave., NW
Room 5111
Washington, D.C. 20530

**Terry Henry**

Federal Programs Branch
Civil Division – Room 7144
DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20530

**Kenneth L. Wainstein**

U.S. ATTORNEY
District of Columbia District
Judiciary Center
555 4th Street, NW
Washington, D.C. 20530

**Paul A. Leder**

RICHARDS SPEARS KIBBE & ORBE LLP
1775 Eye Street, NW
Washington, D.C. 20006

**Barbara Olshansky**
Tina Monshipour Foster
Gitanjali S. Gutierrez

CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012