IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**BENDER AYED HAMOUD HEZAM**        )
**AL-OTEIBI AL-SHABANY** *et al.*,  )
                                    )
    Petitioners,  )
                                    )
v.                                  )   Civil Action No. 05-2029 (JDB)
                                    )
**GEORGE W. BUSH** *et al.*,        )
                                    )
    Respondents.  )
_____)

**PETITIONERS' MOTION FOR THE IMMEDIATE
ISSUANCE OF A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2243
OR, ALTERNATIVELY, TO ISSUE AN ORDER TO SHOW CAUSE**

Petitioner Bender Ayed Hamoud Hezam Al-Oteibi Al-Shabany, together with his Next Friend as Co-Petitioner, by and through undersigned counsel, respectfully submit this motion requesting the Court to issue forthwith a writ of habeas corpus pursuant to 28 U.S.C. § 2243, returnable in three (3) days, in order to proceed to a hearing on the merits of their Petition for Writ of Habeas Corpus.  Alternatively, Petitioners seek forthwith the issuance of an order to show cause why a writ of habeas corpus should not be granted, returnable in three (3) days. The grounds for this motion are contained in the memorandum of points and authorities that accompanies this motion.

| | |
|---|---|
| Dated: November 3, 2005 | Respectfully submitted,<br><br>Counsel for Petitioners:<br><br>/s/ Paul A. Leder<br>RICHARDS SPEARS KIBBE & ORBE LLP<br>Brian S. Fraser (SDNY No. BF-0114)<br>Christopher W. Dysard (SDNY No. CD-0002)<br>Marcellene E. Hearn (SDNY No. MH-6050)<br>One World Financial Center, 29th Floor<br>New York, New York 10281<br>Tel: (212) 530-1800<br>Fax: (212) 530-1801<br><br>Paul A. Leder (DC No. 358597)<br>1775 Eye Street NW<br>Washington, D.C. 20006<br>Tel: (202) 261-2960<br>Fax: (202) 261-2999<br><br>*Of Counsel*<br>Barbara Olshansky (SDNY No. BO-0057)<br>Tina Monshipour Foster (SDNY No. TF-5556)<br>Gitanjali S. Gutierrez (SDNY No. GG-1234)<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>666 Broadway, 7th Floor<br>New York, New York 10012<br>Tel: (212) 614-6439<br>Fax: (212) 614-6499 |