# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BENDER AYED HAMOUD HEZAM AL-OTEIBI AL-SHABANY *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH *et al.*, <br><br> Respondents. | Civil Action No. 05-2029 (JDB) |

## WRIT OF HABEAS CORPUS

Respondents George W. Bush, Donald Rumsfeld, Army Brig. Gen. Jay Hood, and Army Col. Mike Bumgarner are hereby ORDERED, under the authority of 28 U.S.C. § 2243, to make a return within three (3) days of the issuance of this Writ certifying the true cause of the detention of Petitioner Bender Ayed Hamoud Hezam Al-Oteibi Al-Shabany;

Respondents are further ORDERED to produce the person of Petitioner Bender Ayed Hamoud Hezam Al-Oteibi Al-Shabany at an evidentiary hearing to be held in the United States Court House, on _____, at _____, to consider the issue of the lawfulness of Petitioner's custody, and to consider why Petitioner should not have such other and further relief as this Court may deem just and proper.

It is further ORDERED that a copy of the Petition and this Writ be served on the United States Attorney for the District of Columbia District, and Respondents herein.

SIGNED this ____ day of _____.

_____
United States District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                    )
**BENDER AYED HAMOUD HEZAM**        )
**AL-OTEIBI AL-SHABANY** *et al.*,  )
                                    )
    **Petitioners,**            )
                                    )
v.                                  )   Civil Action No. 05-2029 (JDB)
                                    )
**GEORGE W. BUSH** *et al.*,        )
                                    )
    **Respondents.**            )
_____)

### ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is hereby:

ORDERED that within three (3) days of service of a copy of this Order, Respondents shall file and serve on Petitioners a statement showing why the Writ of Habeas Corpus should not issue.

    SIGNED this ____ day of _____.


                                                                       _____
                                                                         United States District Judge

## NAMES OF PERSONS TO BE SERVED WITH ORDER

**Alberto R. Gonzales**
ATTORNEY GENERAL OF THE UNITED STATES
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Ave., NW
Room 5111
Washington, D.C.  20530

**Paul A. Leder**
RICHARDS SPEARS KIBBE & ORBE LLP
1775 Eye Street, NW
Washington, D.C.  20006

**Terry Henry**
**Andrew Warden**
Federal Programs Branch
Civil Division
DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20530

**Barbara Olshansky**
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York  10012

**Kenneth L. Wainstein**
U.S. ATTORNEY
District of Columbia District
Judiciary Center
555 4th Street, NW
Washington, D.C.  20530