# CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of:

(i) Petitioners' Motion for the Immediate Issuance of a Writ of Habeas Corpus Pursuant to 28 U.S.C. 2243 or, Alternatively, to Issue an Order to Show Cause, with supporting memorandum, and

(ii) Petitioners' Reply Memorandum in Further Support of Their Motion for an Order Requiring Respondents to Provide at Least 30 Days' Advance Notice to the Court and to Counsel for Petitioners Prior to the Transfer of Petitioner from the United States Naval Station at Guantanamo Bay, Cuba

have been served via First Class Mail on the following persons at the addresses listed below.

**Kenneth L. Wainstein**
U.S. ATTORNEY
District of Columbia District
Judiciary Center
555 4th Street, NW
Washington, D.C.  20530

**Alberto R. Gonzales**
ATTORNEY GENERAL OF THE UNITED STATES
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Ave., NW
Room 5111
Washington, D.C.  20530

**George W. Bush**
PRESIDENT, UNITED STATES OF AMERICA
The White House
1600 Pennsylvania Avenue, NW
Washington, D.C.  20301-1000

**Donald Rumsfeld**
SECRETARY, U.S. DEP'T. OF DEFENSE
1000 Defense Pentagon
Washington, D.C.  20301-1000

**Army Brig. Gen. J. Hood**
COMMANDER, JOINT TASK FORCE-GTMO
JTF-GTMO
APO AE 09360

**Army Col. Bumgarner**
COMMANDER, JDOG
JTF-GTMO
APO AE 09360

**Andrew Warden**
TRIAL ATTORNEY
U.S. Department of Justice
Civil Division - Room 6120
20 Massachusetts Avenue, N.W.
Washington, D.C.  20530

On this the 3rd day of November, 2005.

_____
Erin S. Porter