IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BENDER AYED HAMOUD HEZAM AL-OTEIBI AL-SHABANY *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH *et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-2029 (JDB) |

## ORDER

Upon Petitioners' Motion for a Temporary Restraining Order,

IT IS ORDERED that the Motion is GRANTED; and

IT IS FURTHER ORDERED that Respondents shall not remove Petitioner Bender Ayed Hamoud Hezam Al-Oteibi Al-Shabany ("Al-Shabany") from the United States Naval Station at Guantánamo Bay before the Court has decided Petitioners' Motion for an Order Requiring Respondents to Provide at Least 30 Days' Advance Notice to the Court and to Counsel for Petitioners Prior to Transfer of Petitioner from the United States Naval Station at Guantánamo Bay, Cuba (Docket #2), unless Respondents certify that such transfer is for the purpose of releasing Al-Shabany entirely from detention.

SIGNED this _____ day of _____.

_____
United States District Judge