# EXHIBIT 1

## Dysard, Christopher

| | |
|---|---|
| **From:** | Andrew.Warden@usdoj.gov |
| **Sent:** | Monday, October 31, 2005 12:50 PM |
| **To:** | Dysard, Christopher |
| **Cc:** | Fraser, Brian |
| **Subject:** | RE: Letter |

Chris,

In light of the additional information you provided, we have been able to confirm that the individual named in your petition ("Bender Ayed Hamoud Hezam Al-Oteibi Al-Shabany") is presently detained at Guantanamo Bay.

Regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084


-----Original Message-----
From: CDysard@rsko.com [mailto:CDysard@rsko.com]
Sent: Monday, October 31, 2005 11:48 AM
To: Warden, Andrew (CIV)
Cc: BFraser@rsko.com
Subject: Letter

Attached please find a letter in pdf format.  The original is being sent by U.S. Mail.

Best regards,
Chris

Christopher W. Dysard
Richards Spears Kibbe & Orbe LLP
One World Financial Center, 29th Floor
New York, NY 10281

212.530.1908 direct
212.530.1801 fax

*******************************************************************************
Any advice concerning Federal tax issues provided in this electronic message is not intended or written to be used, and cannot be used by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer.

The information (including any attachments) contained in this electronic message is confidential and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 212-530-1800 or by e-mail at INFO@RSKO.com.

The information contained in this electronic mail message is privileged and confidential and is or may be protected by the attorney-client privilege, the work product doctrine, joint defense privileges, trade secret protections, and/or other applicable protections from disclosure. The sender of this electronic mail message intends to preserve the confidentiality of the enclosed information and does not waive any applicable privilege or protection from disclosure. Thank you.