# EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
JARALLAH AL-MARRI, et al.,            :
                                      :
    Petitioners,                      :
                                      :
v.                                    :    Civil Action No. 04-2035 (GK)
                                      :
GEORGE W. BUSH, et al.,               :
                                      :
    Respondents.                      :
_____  :

ORDER

    On January 10, 2005, Petitioners filed a Motion for Discovery and for Preservation Order. Petitioners request that the Court order Respondents to preserve and maintain all evidence and information regarding the torture, mistreatment, and abuse of detainees at Guantanamo Bay. Respondents, however, argue that Petitioners have failed to satisfy the standard for entering a preliminary injunction, which is required when considering a request for a preservation order.

    "[A] document preservation order is no more an injunction than an order requiring a party to identify witnesses or to produce documents in discovery." Pueblo of Laguna v. United States, 60 Fed. Cl. 133, 138 n.8 (Fed. Cl. 2004) (citing Mercer v. Magnant, 40 F.3d 893, 896 (7th Cir. 1994)). Thus, Petitioners need not meet such a standard when seeking a preservation order. Furthermore, Respondents represent that the information at issue will not be destroyed, so the Court finds that entering a preservation order

will inflict no harm or prejudice upon them. Accordingly, it is hereby

**ORDERED** that Petitioners' Motion for Preservation Order is **granted**; it is further

**ORDERED** that Respondents shall preserve and maintain all evidence and information regarding the torture, mistreatment, and abuse of detainees now at the Guantanamo Bay detention facility.

|  |  |
|---|---|
| _____<br>March 7, 2005 | ___/s/_____<br>Gladys Kessler<br>United States District Judge |

**Copies to:**   Attorneys of Record via ECF