# EXHIBIT 7

- Iraqi detainee abus[ ] Page 1

b6 -1
b7C -1

# URGENT REPORT

DATE:   JUNE 25, 2004

TO:     THE DIRECTOR

CC:     Deputy Director Bruce J. Gebhardt
        EAD Cassandra Chandler
        EAD John Pistole
        AD Grant Ashley
        AD Gary Bald
        SC Arthur Cummings

b6 -1    UC [ ]
b7C -1   SSA [ ]
         CT Watch
         SIOC

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-04-2004 BY 61579 DMH/PLJ/JAC 04-CV-415

FROM:   SACRAMENTO DIVISION

FOR FURTHER INFORMATION CONTACT:  ASAC David A. Picard      b2 -1
                                  [ ] (Main Office)         b2 -1

PREPARER OF URGENT REPORT:   SSA [ ]                        b2 -1
                                                            b6 -1
                                                            b7C -1

b7A -1   PURPOSE: THE FOLLOWING INFORMATION PROVIDES INITIAL DETAILS FROM
b6 -3    AN INDIVIDUAL [ ]
b7C -3   [ ] WHO OBSERVED SERIOUS PHYSICAL ABUSES OF CIVILIAN DETAINEES
b7D -1   IN [ ] IRAQ DURING THE PERIOD OF [ ] IT IS BEING
         FURNISHED TO THE DIRECTOR BASED UPON POTENTIAL SIGNIFICANT
         PUBLIC, MEDIA AND CONGRESSIONAL INTEREST WHICH MAY GENERATE CALLS
         TO THE DIRECTOR.

b7A -1   SUBJECT: PRELIMINARY STATEMENTS MADE BY [ ]
b6 -1,3           [ ] TO SACRAMENTO SPECIAL AGENTS [ ]
b7C -1,3  AND [ ]
b7D -1

         DESCRIPTION OF MATTER:

b7A -1
b6 -5
b7C -5

[ ] was advised that the Sacramento Field Office
was not aware of any such report.

DETAINEES-1609

1609
4910

Iraqi detainee abuses [redacted]                                              Page 2

b6 -1
b7C -1

# URGENT REPORT

b7A -1
b6 -3
b7C -3
b7D -1

[redacted] came into the Sacramento Field Office and provided the following:

[redacted]

observed numerous physical abuse incidents of Iraqi civilian detainees conducted in [redacted] Iraq. He described that such abuses included strangulation, beatings, placement of lit cigarettes into the detainees ear openings, and unauthorized interrogations. [redacted]

b7A -1
b6 -3,4
b7C -3,4
b7D -1

[redacted] was providing this information to the FBI based on his knowledge that [redacted] were engaged in a cover-up of these abuses. He stated these cover-up efforts included [redacted]

b7A -1
b6 -3,4
b7C -3,4
b7D -1

[redacted]

b7A -1
b6 -3,4
b7C -3,4
b7D -1

[redacted]

b7A -1
b6 -3,4,5
b7C -3,4,5
b7D -1

[redacted] advised that an individual did, in fact, make a complaint with Sacramento FBI Office concerning Iraqi prisoner abuse.

b7A -1
b6 -3,4,5
b7C -3,4,5
b7D -1

[redacted]

b7A -1
b6 -3
b7C -3
b7D -1

DETAINEES-1610

1610

4911

Iraqi detainee abuses

Page 3

b6 -1
b7C -1

**URGENT REPORT**

b7A -1
b6 -3
b7C -3
b7D -1

The Sacramento Division is continuing to interview [ ] and will forward FBIHQ all details of his interview in future communications. Investigation in Sacramento is continuing.

b7A -1
b6 -3
b7C -3
b7D -1

DETAINEES-1611

1611

4912