IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BENDER AYED HAMOUD HEZAM AL-OTEIBI AL-SHABANY *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-2029 (JDB) |
| GEORGE W. BUSH *et al.*, | ) ) ) | |
| Respondents. | ) ) ) | |

## ORDER

Upon Petitioners' Omnibus Motion,

IT IS ORDERED that the Motion is GRANTED; and

IT IS FURTHER ORDERED that Respondents shall:

1. inform counsel for Petitioners whether Petitioner Bender Ayed Hamoud Hezam Al-Oteibi Al-Shabany ("Al-Shabany") has been deemed an "enemy combatant" or an "NLEC" ("no longer enemy combatant");

2. provide counsel for Petitioners with an unclassified version of a factual return regarding Al-Shabany within 30 days of the issuance of this Order, and with the classified information redacted from the initially-produced version within 15 days of counsel's gaining the required security clearance;

3. grant counsel for Petitioners immediate (and, thereafter, periodic) telephone access to Al-Shabany so that we may ascertain his medical condition or, in the alternative, provide notice to counsel for Petitioners within 24 hours of the commencement of any forced feeding of Al-Shabany, and, if he is being force-

- 2 -

fed, provide counsel for Petitioners with (a) medical records spanning the period beginning one week prior to the date forced feeding commenced, and (b) updated medical records, on a weekly basis (at a minimum) until forced feeding concludes; and

4. preserve and maintain all evidence, documents and information regarding Al-Shabany, without limitation, now or ever in Respondents' possession, custody or control.

SIGNED this \_\_\_\_ day of _____.

_____
United States District Judge