UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BENDER AYED HAMOUD HEZAM AL-OTEIBI AL-SHABANY, et al.

    Petitioners,

        v.

GEORGE W. BUSH,

    Respondents.

Civil Action No.  05-2029 (JDB)

## ORDER

Upon consideration of petitioner's motion for a preliminary injunction, respondents' motion to stay, petitioner's motion for a temporary restraining order, the memoranda of the parties, the Omnibus Motion filed by petitioner's counsel, respondents' motion to stay, and the entire record herein, and for the reasons explained in the Memorandum Opinion issued on this date, it is this 17th day of November, 2005, hereby

**ORDERED** that petitioner's motion for a preliminary injunction is **DENIED**; it is further

**ORDERED** that petitioner's motion for a temporary restraining order is **DENIED** as moot; it is further

**ORDERED** that the Court enters by way of reference the protective order and supplemental orders previously entered in In Re Guantanamo Detainee Cases, Civil Action No. 02-0299 (D.D.C. 2004), by Judge Joyce Hens Green.  These include the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004; the Order Addressing Designation Procedures for "Protected Information," entered on November 10, 2004; and the Order

Supplementing and Amending the Filing Procedures Contained in November 8, 2004 Amended Protective Order, issued on December 13, 2004; and it is further

    **ORDERED** that respondents' motion to stay the case is **GRANTED**, and respondents' obligation to show cause why the petition should not be granted is stayed; it is further

    **ORDERED** that the case shall be stayed pending resolution of the appeals in <u>In Re Guantanamo Detainee Cases</u>, 335 F. Supp. 2d 443 (D.D.C. 2005), and <u>Khalid v. Bush</u>, 355 F. Supp. 2d 311 (D.D.C. 2005). This stay shall not, however, prevent the parties from availing themselves of the procedures set forth in the protective orders entered by way of reference in this Order, nor shall it bar the filing or disposition of any motion for emergency relief; and it is further

    **ORDERED** that the Omnibus Motion filed by petitioner's counsel is granted in part, and respondents shall provide a factual return to the Court and to petitioner's counsel within one hundred twenty (120) days of the date of this Order. The requests of petitioner's counsel regarding telephonic access to the petitioner, and advance notice of any forced-feeding or, in the alternative, medical records relating to ongoing forced-feeding, are denied, as is the request for information regarding the current designation of petitioner pursuant to the findings of the Combatant Status Review Tribunal.

                                /s/    John D. Bates
                                JOHN D. BATES
                            United States District Judge

Copies to:

Paul Alan Leder
RICHARDS SPEARS KIBBE & ORBE LLP
1775 Eye Street, NW
5th Floor
Washington, DC 20006-2401
(202) 261-2960
Fax: (202) 261-2999
Email: pleder@rsko.com
> *Counsel for petitioner*
> *Counsel for next friend*

Robert J. Katerberg
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20001
(202) 616-8298
Fax: (202) 616-8460
Email: robert.katerberg@usdoj.gov

Preeya M. Noronha
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7226
Washington, DC 20530
(202) 514-3338
Fax: (202) 616-8202
Email: preeya.noronha@usdoj.gov
> *Counsel for respondents*