# Exhibit 2

**RSKO**  RICHARDS SPEARS KIBBE & ORBE LLP    ONE WORLD FINANCIAL CENTER    NEW YORK, NEW YORK   10281-1003

Brian S. Fraser
212 530 1820 DIRECT
917 344 8820 FAX
BFRASER@RSKO.COM

February 10, 2006

BY E-MAIL AND U.S. MAIL

Andrew Warden, Esq.
Trial Attorney
Federal Programs Branch
Civil Division – Room 6120
20 Massachusetts Avenue, N.W.
Washington, D.C.  20530

Al-Shabany v. Bush
Civil Action No. 05-2029 (JDB)

Dear Mr. Warden:

We are counsel to Petitioner Bender Al-Shabany in the above-referenced action. We have received notification that the Office for the Administrative Review of the Detention of Enemy Combatants is now taking submissions from counsel for review and consideration by the 2006 Administrative Review Boards. The deadline for such submissions is February 24, 2006.

In order to make a meaningful submission on behalf of Mr. Al-Shabany, we must have immediate access to the factual return, including the complete record of Mr. Al-Shabany's CSRT proceedings, as well as any additional materials used in connection with the ARB process last year. Two of Mr. Al-Shabany's attorneys (Marcellene Hearn and Christopher Dysard) have now gained the required security clearance, and accordingly are entitled to review the classified versions of all these materials.

We ask that the Government comply with this request immediately, since time is of the essence. Thank you for your attention to this important matter, and please do not hesitate to contact me with any questions.

Sincerely yours,

Brian S. Fraser

NEW YORK | 212 530 1800       WASHINGTON | 202 261 2960       LONDON | 44 20 7033 3150