# Exhibit 4

Arana, Gabriel

---

**From:** Mcpalmer, Teresa A CDR Code 14 [teresa.mcpalmer@navy.mil]
**Sent:** Friday, February 10, 2006 8:19 PM
**To:** Dysard, Christopher
**Cc:** Fraser, Brian; Leder, Paul; Hearn, Marcellene
**Subject:** RE: COUNSEL SUBMISSION FOR ARB 2

Mr. Dysard, there are no plans to make CSRT or ARB packages or materials available to habeas counsel. As noted in the information in my email, counsel are provided the opportunity to submit appropriate information in counsel's possession, but are not permitted to represent detainees in ARB proceedings.

Sincerely,

CDR McPalmer

> -----Original Message-----
> **From:** Dysard, Christopher [mailto:CDysard@rsko.com]
> **Sent:** Friday, February 10, 2006 15:15
> **To:** Mcpalmer, Teresa A CDR Code 14
> **Cc:** Fraser, Brian; Leder, Paul; Hearn, Marcellene
> **Subject:** FW: COUNSEL SUBMISSION FOR ARB 2
>
> Dear Ms. McPalmer:
> We are counsel to Petitioner Bender Al-Shabany in the matter captioned Al-Shabany v. Bush, Civil Action No. 05-2029 (JDB). We write in response to your email inviting submissions from counsel for review and consideration by the 2006 Administrative Review Boards.
>
> In order to make a meaningful submission on behalf of Mr. Al-Shabany, we must have immediate access to the factual return, including the complete record of Mr. Al-Shabany's CSRT proceedings, as well as any additional materials used in connection with the ARB process last year. Two of Mr. Al-Shabany's attorneys (Marcellene Hearn and Christopher Dysard) have now gained the required security clearance, and are accordingly entitled to review the classified versions of all these materials.
>
> Today, in a letter to Andrew Warden at DOJ, we asked that the Government comply with our request for immediate access to these materials. We reiterate that request to you.
>
> Thank you for your attention to this important matter.
>
> Best regards,
>
> Chris Dysard
>
> Christopher W. Dysard
> Richards Spears Kibbe & Orbe LLP
> One World Financial Center, 29th Floor
> New York, NY 10281
>
> 212 530 1908 direct
> 212 530 1801 fax
>
> -----Original Message-----
> **From:** Mcpalmer, Teresa A CDR Code 14 [mailto:teresa.mcpalmer@navy.mil]
> **Sent:** Thursday, February 02, 2006 12:05 PM

**To:** Agnieszka Fryszman; Alan Pfeuffer; Alan Sussman; Amy Baggio; Anant Raut; Andrea George; Angela Campbell; Anna Holland; Arnold Natali; Baher Azmy; Barbara Olshansky; Ben Jacewicz; Beth Gilson; Beth Jacob; Billy Nolas; Brent Mickum; Bridget McCormack; Bryan Joshua Colangelo; Candance Gorman; Carl Lietz; Carol Bruce; Charles Travis; Chris Moore; Chris Schatz; Christine Dahl; Clark Hodgson; Clive Smith; Cody M. Weston (Perkins Coie) (E-mail); David Hickerson; David Remes; David Sleigh; Desmond McCallum; Doug Mulkoff; Edmund Burke; Edward Shaw; Eldon Greenberg; Emily Meazell; Emmett Bondurant; Erwin Chemerinsky; George Clarke; George Daly; Gita Gutierrez; Gordon Woodward; Greg Smith; GT Hunt; Harvey Schwartz; Heather Rogers; Howard Manchel; Ian Wallach; James R. Alsup; James Wade; Jan Kitchel; Jane Barrett; Jared Goldstein; Jeff Davis; Jeff Ertel; Jeff Lang; Jennifer Argabright; Jerry Cohen; Joe Margulies; John Chamberlin; John Chandler; John Connolly; John Lundquist; John Minock; Jonathan Hafetz; Joseph O'Neil; Joshua Denbeaux; Judith Chomsky; Julia Dekluiver; Julia Tarver; Kevin Boris; Louis Marjon; Marc Falkoff; Marc Goldman; Marjorie Smith; Mark Denbeaux; Martha Rayner; Martin Bahl; Mary Petras; Matthew Dodge; Michael Mone; Michael Rapkin; Michael Smith; Muneer Ahmad; Murray Fogler; Nancy Hollander; Neil Katyal; Neil Koslowe; Pat Bronte; Paul Curnin; Leder, Paul; Paul Rashkind; Paul Reichler; Paul Schoeman; Peter Ryan; Rachel Clingman; Randy Coyne; Reginald McKnight; Richard Coughlin; Richard Cys; Richard Girgg; Richard Soble; Rob Kirsch; Robert Gensburg; Robert Rachlin; Rodger Eddleman; Rufus Pennington; Sabin Willett; Sam Kauffman; Sarah Havens; Scott Barker; Scott O'Connell; Sergio Rodriguez; Stephen Demik; Stephen Truitt; Steve Wax; Stewart Eisenberg; Suhana Han; Susan Manning; Sylvia Royce; Thomas Belsky; Tom Johnson; Tom Sullivan; Trip Macintosh; Walter Lesnevich; Wes Powell; William Brenna; William Murphy; William Wertheimer
**Subject:** COUNSEL SUBMISSION FOR ARB 2

```
Ladies and gentlemen,
The Office for the Administrative Review of the Detention of Enemy Combatants
(OARDEC) informs you of your opportunity to provide input regarding your
client for review and consideration by the 2006 Administrative Review Boards
(ARBs).  If you submitted matters to the ARB process last year on behalf of
your client, those matters are already part of your client's records and will
be considered by the 2006 ARB.  There is no need for you to resubmit the same
or similar documents.  If you have new information that will aid the ARBs in
assessing the threat your client may continue to pose to the U.S. or its
allies, you can submit that information through the process described in the
attached fact sheet.  The Privilege Review Team must receive your submission
no later than 24 February 2006; OARDEC cannot guarantee that materials
received after that date will be included in the ARB hearings.  Please note
that the OARDEC Legal Advisor will acknowledge receipt of your submission but
will not be able to answer any substantive or procedural questions about your
client's ARB last year or this year.
Sincerely,
Terri McPalmer
CDR, JAGC, U.S. Navy
```

********************************************************************************

Any advice concerning United States Federal tax issues provided in this electronic message is not intended or written to be used, and cannot be used by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer.

The information (including any attachments) contained in this electronic message is confidential and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 212-530-1800 or by e-mail at info@rsko.com.

2/16/2006

The information contained in this electronic mail message is privileged and confidential and is or may be protected by the attorney-client privilege, the work product doctrine, joint defense privileges, trade secret protections, and/or other applicable protections from disclosure. The sender of this electronic mail message intends to preserve the confidentiality of the enclosed information and does not waive any applicable privilege or protection from disclosure. Thank you.