APPROVED FOR PUBLIC FILING BY CSO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENDER AYED HAMOUD HEZAM AL-OTEIBI AL-SHABANY *et al.*, <br><br>Petitioners/Plaintiffs, <br><br>v. <br><br>GEORGE W. BUSH *et al.*, <br><br>Respondents/Defendants. | No. CV 05-2029 (JDB) |

## MOTION FOR IMPOSITION OF SANCTIONS AND IMMEDIATE RETURN OF CONFISCATED ATTORNEY-CLIENT MATERIALS

Petitioners Bender Al-Oteibi Al-Shabany ("Al-Shabany") and Ayed Al-Oteibi Al-Shabany, as Next Friend (collectively "Petitioners"), move for the imposition of sanctions against Respondents ("the government") for the government's confiscation and possible reading of Al-Shabany's privileged legal materials in violation of the Protective Order entered into in this case. Petitioners also move for the immediate return to Petitioner Al-Shabany of all legal mail and attorney-client materials. A proposed order is attached. The grounds for this motion are contained in the memorandum of points and authorities that accompanies this motion. Pursuant to Local Rule 7(m), Petitioners conferred with Respondents who oppose Petitioners' motion.

Dated: July 24, 2006

Respectfully submitted,

Counsel for Petitioners:

/s/ Paul A. Leder
RICHARDS SPEARS KIBBE & ORBE LLP
Brian S. Fraser (SDNY No. BF-0114)
Christopher W. Dysard (SDNY No. CD-0002)
Marcellene E. Hearn (SDNY No. MH-6050)
R. Zachary Gelber (SDNY No. RG-9346)
One World Financial Center, 29th Floor
New York, New York 10281
Tel: (212) 530-1800
Fax: (212) 530-1801

Paul A. Leder (DC No. 358597)
1775 Eye Street NW
Washington, D.C. 20006
Tel: (202) 261-2960
Fax: (202) 261-2999

*Of Counsel*
Barbara Olshansky (SDNY No. BO-0057)
Tina Monshipour Foster (SDNY No. TF-5556)
Gitanjali S. Gutierrez (SDNY No. GG-1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499