APPROVED FOR PUBLIC FILING BY CSO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENDER AYED HAMOUD HEZAM AL-OTEIBI AL-SHABANY *et al.*,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH *et al.*,<br><br>Respondents/Defendants. | No. CV 05-2029 (JDB) |

## ORDER

Upon Petitioners' Motion for Imposition of Sanctions and Immediate Return of Confiscated Attorney-Client Materials and Respondents' Motion for Procedures Related to Review of Certain Detainee Materials,

IT IS ORDERED that the Respondents' Motion is denied and Petitioners' Motion is granted; and it is further

ORDERED that Respondents shall within (2) two days of the entry of this order return to Petitioner Al-Shabany all legal mail and attorney-client materials seized or withheld from him and shall destroy all other copies, summaries, descriptions or analyses of such materials; and it is further

ORDERED that Respondents shall not in the future seize or review any other legal mail or attorney-client privileged materials of Petitioner Al-Shabany without first providing notice to counsel and to the Court; and it is further

ORDERED that Respondents shall within (5) five days of the Order file a declaration under oath by a person with actual knowledge describing the full particulars of all materials that have been seized from Petitioner Al-Shabany and what has been done with any legal mail,

attorney-client materials or other privileged materials (including who has read them, what analyses were made) so that the Court may determine at a later date what sanctions are appropriate.

Dated: _____

_____<br>United States District Judge

## NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER

**Alberto R. Gonzales**

ATTORNEY GENERAL OF THE UNITED STATES
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Ave., NW
Room 5111
Washington, D.C. 20530

**Terry Henry**

Federal Programs Branch
Civil Division – Room 7144
DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20530

**Kenneth L. Wainstein**

U.S. ATTORNEY
District of Columbia District
Judiciary Center
555 4th Street, NW
Washington, D.C. 20530

**Paul A. Leder**

RICHARDS SPEARS KIBBE & ORBE LLP
1775 Eye Street, NW
Washington, D.C. 20006

**Barbara Olshansky**
Tina Monshipour Foster
Gitanjali S. Gutierrez

CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012