# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Habib v. Bush | ) | Case No. 02-CV-1130 (CKK) |
| Begg v. Bush | ) | Case No. 04-CV-1137 (RMC) |
| Khalid (Benchellali) v. Bush | ) | Case No. 04-CV-1142 (RJL) |
| Mustapha v. Bush | ) | Case No. 04-CV-0022 (JR) |
| Salahi v. Bush | ) | Case No. 05-CV-0569 (JR)<br>(Consolidated with 05-CV-0881)<br>(Consolidated with 05-CV-0995) |
| Al Rashaidan v. Bush | ) | Case No. 05-CV-0586 (RWR) |
| Mokit v. Bush | ) | Case No. 05-CV-0621 (PLF) |
| Ahmed v. Bush | ) | Case No. 05-CV-0665 (RWR) |
| Battayav v. Bush | ) | Case No. 05-CV-0714 (RBW) |
| Hamlily v. Bush | ) | Case No. 05-CV-0763 (JDB) |
| Rahman v. Bush | ) | Case No. 05-CV-0882 (GK) |
| Bostan v. Bush | ) | Case No. 05-CV-0883 (RBW) |
| Nasrullah v. Bush | ) | Case No. 05-CV-0891 (RBW) |
| Shaaban v. Bush | ) | Case No. 05-CV-0892 (CKK) |
| Kahn v. Bush | ) | Case No. 05-CV-1001 (ESH) |
| Zuhoor v. Bush | ) | Case No. 05-CV-1011 (JR) |
| Ali Shah v. Bush | ) | Case No. 05-CV-1012 (ESH) |
| Salaam v. Bush | ) | Case No. 05-CV-1013 (JDB) |
| Alsawam v. Bush | ) | Case No. 05-CV-1244 (CKK) |
| Al Bihani v. Bush | ) | Case No. 05-CV-1312 (RJL) |

| | | |
|---|---|---|
| Ahmed Doe v. Bush | ) | Case No. 05-CV-1458 (ESH) |
| Amon v. Bush | ) | Case No. 05-CV-1493 (RBW) |
| Nabil v. Bush | ) | Case No. 05-CV-1504 (RMC) |
| Al Hawary v. Bush | ) | Case No. 05-CV-1505 (RMC) |
| Shafiiq v. Bush | ) | Case No. 05-CV-1506 (RMC) |
| Al Razak v. Bush | ) | Case No. 05-CV-1601 (GK) |
| Akhtiar v. Bush | ) | Case No. 05-CV-1635 (PLF) |
| Albkri v. Bush | ) | Case No. 05-CV-1639 (RBW) |
| Al-Siba'i v. Bush | ) | Case No. 05-CV-1667 (RBW) |
| Al-Uwaidah v. Bush | ) | Case No. 05-CV-1668 (GK) |
| Al-Jutaili v. Bush | ) | Case No. 05-CV-1669 (TFH) |
| Khandan v. Bush | ) | Case No. 05-CV-1697 (RBW) |
| Qasim v. Bush | ) | Case No. 05-CV-1779 (JDB) |
| Al-Harbi v. Bush | ) | Case No. 05-CV-1857 (CKK) |
| Aziz v. Bush | ) | Case No. 05-CV-1864 (HHK) |
| Hamoud v. Bush | ) | Case No. 05-CV-1894 (RMU) |
| Al-Asadi v. Bush | ) | Case No. 04-CV-2197 (HHK) |
| Amin v. Bush | ) | Case No. 05-CV-2336 (PLF) |
| Ben Bacha v. Bush | ) | Case No. 05-CV-2349 (RMC) |
| Al-Quhtani v. Bush | ) | Case No. 05-CV-2387 (RMC) |
| Almjrd v. Bush | ) | Case No. 05-CV-2444 (RMC) |

### NOTICE OF WITHDRAWAL OF RESPONDENTS' MOTION FOR PROCEDURES RELATED TO REVIEW OF CERTAIN DETAINEE MATERIALS AND REQUEST FOR EXPEDITED BRIEFING

Respondents hereby withdraw their July 7, 2006 Motion For Procedures Related To Review Of Certain Detainee Materials And Request For Expedited Briefing in the above-captioned cases. Respondents withdraw their motion with respect to the petitioners in the above-captioned cases because it has been determined that petitioners have not had attorney-client materials impounded for purposes of the ongoing investigation by the Naval Criminal Investigative Service ("NCIS") described in the motion, or because respondents have been unable to identify petitioners as detainees currently detained at Guantanamo.

Dated: July 20, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ Terry M. Henry
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7144
Washington, DC 20530
Tel: (202) 514-4107

Attorneys for Respondents