APPROVED FOR PUBLIC FILING BY CSO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENDER AYED HAMOUD HEZAM AL-OTEIBI AL-SHABANY *et al.,* )<br><br>Petitioners/Plaintiffs, )<br><br>v. )<br><br>GEORGE W. BUSH *et al.,* )<br><br>Respondents/Defendants. ) | No. CV 05-2029 (JDB) |

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE THAT effective August 1, 2006, Richards Spears Kibbe & Orbe LLP changed its name to Richards Kibbe & Orbe LLP. All future reference to the firm in this matter should be addressed to Richards Kibbe & Orbe LLP. The firm's and its lawyers' addresses, phone numbers and fax numbers have not been affected by this change. Lawyers' email addresses now use the extension @rkollp.com.

Dated: Washington, D.C.
      August 7, 2006

                          RICHARDS KIBBE & ORBE LLP

                          /s/  Paul A. Leder
                          Brian S. Fraser (SDNY No. BF-0114)
                          Marcellene E. Hearn (SDNY No. MH-6050)
                          R. Zachary Gelber (SDNY No. RG-9346)
                          One World Financial Center
                          New York, New York  10281
                          Tel: (212) 530-1800
                          Fax: (212) 530-1801

                          Paul A. Leder (DC 358597)
                          1775 Eye Street NW
                          Washington, D.C. 20006
                          Tel: (202) 261-2960
                          Fax: (202) 261-2999

                          Counsel for Petitioners