**CERTIFICATE OF SERVICE**

    I hereby certify that, on the 7th day of August, 2006, I caused to be served a copy of the foregoing *Notice of Change of Firm Name* through this Court's CM/ECF system, which will send notification of such filing electronically to registered counsel.

                                                     /s/  Paul A. Leder
                                                   Paul A. Leder