## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2007, I served the foregoing *Notice and Summary of Filing* through the Court's electronic notification system to all registered counsel on record.

_____