IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **BENDER AYED HAMOUD HEZAM**, **AL-OTEIBI AL-SHABANY,** *et al.*, Petitioner, v. **GEORGE W. BUSH**, *et al.*, Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-2029 (JDB) |

## NOTICE AND SUMMARY OF FILING

As required by the Amended Protective Order in this matter, undersigned counsel hereby gives notice that on May 3, 2007 at 10:11 a.m. an original and two copies of the Memorandum in Opposition to Respondents' Motion to Dismiss and in Support of Petitioner's Motion to Continue the Stay and Governing Protective Order in this Matter was delivered to the Court Security Officer for clearance for public filing.

The Memorandum in Opposition to Respondents' Motion to Dismiss and in Support of Petitioner's Motion to Continue the Stay and Governing Protective Order in this Matter contains points and authorities opposing Respondents' Motion to Dismiss.

NY401831.2/1758-00020

The Memorandum will be filed via the Electronic Case Filing system when it has been cleared by the Court Security Office.

Dated: May 3, 2007

Respectfully submitted,

Counsel for Petitioner:

/s/ Paul A. Leder

RICHARDS KIBBE & ORBE LLP
Paul A. Leder (D.C. No. 358597)
Portrait Building
701 8th Street NW
Washington, D.C.  20001
Tel: (202) 261-2960
Fax: (202) 261-2999

Marcellene E. Hearn
R. Zachary Gelber
One World Financial Center
New York, New York  10281
Tel: (212) 530-1800
Fax: (212) 530-1801

SPEARS & IMES LLP
Christopher W. Dysard
51 Madison Avenue
New York, New York  10010
Tel: (212) 213-6833
Fax: (212) 213-0849

Of Counsel:
Gitanjali Gutierrez
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York  10012
Tel: (212) 614-6439
Fax: (212) 614-6499