## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2007, I served the foregoing *Petitioner's Motion to Continue the Stay and the Governing Protective Order in this Matter* and *Memorandum in Opposition to Respondents' Motion to Dismiss and in Support of Petitioner's Motion to Continue the Stay and the Governing Protective Order in this Matter* through the Court's electronic notification system to all registered counsel on record.

_____