## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2007, I served the foregoing *Notice and Summary of Filing* through the Court's electronic notification system to all registered counsel.

*[signature]*

Adam Marsh